| PROB 22 (ED/CA) (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER  *(TRAN. COURT)* 0972 2:11CR00454-003 |
|---|---|---|
| | | DOCKET NUMBER  *(REC. COURT)* |

| NAME AND ADDRESS OF ☐ PROBATIONER ☒ SUPERVISED RELEASEE | DISTRICT E-CA | DIVISION Sacramento |
|---|---|---|
| Jonathan Sherman Bronx, New York | NAME OF SENTENCING JUDGE Garland E. Burrell Jr | |
| | DATES OF ☐ PROBATION ☒ SUPERVISED RELEASE | FROM 12/8/2014 | TO 12/7/2017 |

**OFFENSE**

18 USC 1956(a)(1)(B)(ii) – Laundering of Monetary Instruments

---

**PART 1 – ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

　**IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervisee named above be transferred with the records of the Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.**\***

Dated:   June 29, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

　**RESTITUTION:**　If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

**\***This sentence may be deleted at the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

　**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervisee be accepted and assumed by this Court from and after the entry of this Order.

| _____ | _____ |
|---|---|
| *Effective Date* | *United States District Judge* |

CC:　United States Attorney
　　　FLU Unit - United States Attorney's Office